IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASGHAR SHAH,

    Plaintiff,

    v.                              No. CIV S-05-0565 LKK GGH GGH PS

U.S. BANK, et al.,

    Defendants.               <u>ORDER TO SHOW CAUSE</u>

                            /

        On July 1, 2005, the parties were directed to file a joint stipulation within fifteen days of the June 6, 2005 phone conference, consenting to the authority of the undersigned for all purposes through the pretrial conference. The parties have not yet filed such a stipulation.[1]

        Good cause appearing, IT IS HEREBY ORDERED that the parties shall show cause, in writing, within ten days of this order for their failure to file a joint stipulation in accordance with the July 1, 2005 scheduling order.

DATED: 8/3/05                             /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH/076 - Shah0565.osc.wpd

---

[1] Defendant filed a consent to a magistrate judge for all further proceedings on April 1, 2005.

1