IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASGHAR SHAH,

    Plaintiff,

  v.                                      No. CIV S-05-0565 LKK GGH GGH PS

U.S. BANK, et al.,

    Defendants.
                                            ORDER

_____/

        On July 1, 2005, the parties were directed to file a joint stipulation within fifteen days of the June 6, 2005 phone conference, consenting to the authority of the undersigned for all purposes through the pretrial conference. When the parties did not file a stipulation, the court issued an order to show cause on August 3, 2005. On August 10, 2005, the parties submitted a joint stipulation in conformance with the original order.

        Good cause appearing, IT IS HEREBY ORDERED that the order to show cause, filed August 3, 2005, is discharged.

DATED: 8/16/05                                  /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

GGH/076 - Shah0565.dch.wpd