1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
   A Professional Law Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   J. ANTHONY ABBOTT, ESQ. SBN 083975
4
   Attorneys for Plaintiff,
5  ASGHAR SHAH

6

7
                    UNITED FEDERAL DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | ASGHAR SHAH,                               | Case No.: 2: 05-CV-00565-RBB-GGH
11 |        Plaintiff,                          | [PROPOSED] ORDER FOR
12 | vs.                                        | STIPULATION FOR DISMISSAL OF
                                                | DEFENDANT U.S. NATIONAL BANK
13 |                                            | ASSOCIATION
14 | U.S. BANK, business form unknown, U.S.
   | BANCORP, a corporation, and DOES 1-50,
15 |        Defendants.
16

17 **ORDER**

18    Based on the foregoing Stipulation, U.S. NATIONAL BANK ASSOCIATION is hereby
19 dismissed, with prejudice, from the above entitled action.
20
21 DATED: March 22, 2006        [signature]
22
23                              _____
                                HON. RALPH R. BEISTLINE
24                              UNITED STATES DISTRICT JUDGE
25
26
27
28
                                                        ORDER FOR STIPULATION
                           - 1 -                        FOR DISMISSAL OF DEFENDANT;
                                                        NO. 2: 05-CV-00565-RBB-GGH